1  JAMES H. WILKINS (State Bar No. 116364)
   WILKINS, DROLSHAGEN & CZESHINSKI LLP
2  6785 N. Willow Ave.
   Fresno, CA 93710
3  Telephone:  (559) 438-2390
   Facsimile:   (559) 438-2393
4
   Attorneys for Plaintiff
5  FAGUNDES FAMILY PARTNERSHIP

6  SONIA MARTIN (State Bar No. 191148)
   MENGMENG ZHANG (State Bar No. 280411)
7  DENTONS US LLP
   525 Market Street, 26th Floor
8  San Francisco, CA 94105-2708
   Telephone:  (415) 882-5000
9  Facsimile:   (415) 882-0300
   E-mail:       sonia.martin@dentons.com
10                mengmeng.zhang@dentons.com

11 Attorneys for Defendant
   NATIONWIDE MUTUAL INSURANCE COMPANY
12

13              UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

15                     FRESNO DIVISION

| | |
|---|---|
| FAGUNDES FAMILY PARTNERSHIP, | Case No. 1:15-cv-00717-MJS |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 through 50, inclusive, | |
| Defendants. | |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request the Court approve and give effect to their stipulation:

WHEREAS, a case management and status conference in this action is scheduled for August 27, 2015 at 11:30 a.m.;

-1-
Case No. 1:15-cv-00717-MJS                        STIPULATION AND ORDER
                                         CONTINUING CASE MANAGEMENT CONF.

WHEREAS, on the same date, defense counsel has a case management conference in *Sharif Mohammed, Amir Mohammed v. Nationwide Insurance,* Case No. 3:14-cv-04962-LB, U.S.D.C., Northern District of California, scheduled to begin at 11:00 a.m.

WHEREAS, the parties respectfully request that the Court continue the case management conference in this action to September 3, 2015 at 9:30 a.m.

**IT IS SO STIPULATED.**

Dated: August 7, 2015                                    WILKINS, DROLSHAGEN & CZESHINSKI LLP

                                                         By:       /s/James H. Wilkins
                                                         James H. Wilkins
                                                         Attorneys for Plaintiff
                                                         Fagundes Family Partnership

Dated: August 7, 2015                                    DENTONS US LLP

                                                         By:       /s/Sonia Martin
                                                         Sonia Martin
                                                         Attorneys for Defendant
                                                         Nationwide Mutual Insurance Company

**<u>ORDER</u>**

Good cause appearing the above Stipulation is accepted and made the Order of this Court.

IT IS SO ORDERED.

Dated:   August 10, 2015                              /s/ *Michael J. Seng*
                                                      UNITED STATES MAGISTRATE JUDGE

-2-

Case No. 1:15-cv-00717-MJS                                    STIPULATION AND ORDER
                                                              CONTINUING CASE MANAGEMENT CONF.

84816789\V-1

-3-

Case No. 1:15-cv-00717-MJS

STIPULATION AND ORDER
CONTINUING CASE MANAGEMENT CONF.