JAMES H. WILKINS (State Bar No. 116364)
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone:   (559) 438-2390
Facsimile:   (559) 438-2393

Attorneys for Plaintiff
FAGUNDES FAMILY PARTNERSHIP

SONIA MARTIN (State Bar No. 191148)
MENGMENG ZHANG (State Bar No. 280411)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone:   (415) 882-5000
Facsimile:    (415) 882-0300
E-mail:        sonia.martin@dentons.com
                  mengmeng.zhang@dentons.com

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FAGUNDES FAMILY PARTNERSHIP, | Case No. 1:15-cv-00717-DAD-MJS |
| Plaintiff, | **STIPULATION AND ORDER REGARDING DISCOVERY AND MOTION DEADLINES** |
| vs. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 through 50, inclusive, | |
| Defendants. | |

      Plaintiff Fagundes Family Partnership and Defendant Nationwide Mutual Insurance Company, by and through their attorneys of record, hereby stipulate as follows and respectfully request that the Court approve and give effect to their stipulation:

      WHEREAS, the parties have agreed to schedule a mediation in or around April 2016 before Mediator Daniel Quinn;

WHEREAS, the parties wish to defer discovery pending mediation in order to conserve resources while preserving the ability to conduct discovery if the case does not resolve at mediation;

WHEREAS, a brief continuance of the discovery and dispositive motion deadlines in this case will not impact the December 1, 2016 pretrial conference date and February 7, 2017 trial date in this matter;

IT IS HEREBY STIPULATED AND AGREED THAT the case management schedule should be revised as follows:

|  | Current Deadline | New Deadline |
|---|---|---|
| Non-expert discovery cut-off: | May 9, 2016 | August 8, 2016 |
| FRCP 26(a)(2) expert disclosures: | May 27, 2016 | August 26, 2016 |
| FRCP 26(a)(2) rebuttal disclosures: | June 17, 2016 | September 16, 2016 |
| Expert Discovery cut-off: | July 18, 2016 | October 17, 2016 |
| Dispositive pre-trial motion hearing cut-off: | September 2, 2016 | November 18, 2016 |

Respectfully submitted,

Dated:  March 8, 2016                    WILKINS, DROLSHAGEN & CZESHINSKI LLP


By:      */s/ James H. Wilkins*
                    James H. Wilkins

Attorneys for Plaintiff
Fagundes Family Partnership


Dated:  March 8, 2016                    DENTONS US LLP


By:      */s/ SONIA MARTIN*
                    SONIA MARTIN

Attorneys for Defendant
Nationwide Mutual Insurance Company

FILER'S ATTESTATION:

Pursuant to Local Rule 5-(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: March 8, 2016

> By: /s/ *Sonia Martin*
> SONIA MARTIN

### **ORDER**

Good cause appearing, the Proposed Stipulation regarding deadlines in Case No. 1:15-cv-0717-DAD-MJS is hereby **DENIED,** without prejudice. The extended deadlines proposed are acceptable EXCEPT insofar as the Court requires a minimum period of six to eight weeks between the dispositive motion hearing date and the pretrial conference and also between the pretrial conference and the trial date. The parties are invited to submit another stipulation which accommodates these requirements.

IT IS SO ORDERED.

Dated: March 8, 2016 /s/ *Michael J. Seng*
 UNITED STATES MAGISTRATE JUDGE