JAMES H. WILKINS (State Bar No. 116364)
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone:   (559) 438-2390
Facsimile:   (559) 438-2393

Attorneys for Plaintiff
FAGUNDES FAMILY PARTNERSHIP

SONIA MARTIN (State Bar No. 191148)
MENGMENG ZHANG (State Bar No. 280411)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone:   (415) 882-5000
Facsimile:   (415) 882-0300
E-mail:      sonia.martin@dentons.com
             mengmeng.zhang@dentons.com

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FAGUNDES FAMILY PARTNERSHIP, | Case No. 1:15-cv-00717-DAD-MJS |
| Plaintiff, | **STIPULATION AND ORDER AMENDING CASE SCHEDULE** |
| vs. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Plaintiff Fagundes Family Partnership and Defendant Nationwide Mutual Insurance Company, by and through their attorneys of record, hereby stipulate as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, the parties have scheduled a mediation before Mediator Daniel Quinn on April 28, 2016;

1  WHEREAS, the parties wish to defer discovery pending mediation in order to conserve
2  resources while preserving the ability to conduct discovery if the case does not resolve at
3  mediation;

4  WHEREAS, the parties wish to continue the trial date from February 7, 2017 by 90 days
5  to allow a reasonable period for discovery and pretrial procedure in the event the case does not
6  resolve at mediation.

7  IT IS HEREBY STIPULATED AND AGREED THAT the case management schedule
8  should be revised as follows:

|  | Current Deadline | New Deadline |
|---|---|---|
| Non-expert discovery cut-off: | May 9, 2016 | August 8, 2016 |
| FRCP 26(a)(2) expert disclosures: | May 27, 2016 | August 29, 2016 |
| FRCP 26(a)(2) rebuttal disclosures: | June 17, 2016 | September 19, 2016 |
| Expert Discovery cut-off: | July 18, 2016 | October 17, 2016 |
| Dispositive pre-trial motion hearing cut-off: | September 2, 2016 | December 2, 2016 |
| Pretrial Conference | December 1, 2016 | March 6, 2017 |
| Jury Trial | February 7, 2017 | May 9, 2017 |

Respectfully submitted,

Dated: March 24, 2016           WILKINS, DROLSHAGEN & CZESHINSKI LLP


By:     /s/James H. Wilkins
            JAMES H. WILKINS

Attorneys for Plaintiff
Fagundes Family Partnership


Dated: March 24, 2016           DENTONS US LLP


By:     /s/Sonia Martin
            SONIA MARTIN

Attorneys for Defendant
Nationwide Mutual Insurance Company

FILER'S ATTESTATION:

Pursuant to Local Rule 5-(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: March 24, 2016

By: ____/s/Sonia Martin_____
SONIA MARTIN

## **ORDER**

Pursuant to the parties' stipulation, the case management schedule is revised as follows:

| | |
|---|---|
| Non-expert discovery cut-off: | **August 8, 2016** |
| FRCP 26(a)(2) expert disclosures: | **August 29, 2016** |
| FRCP 26(a)(2) rebuttal disclosures: | **September 19, 2016** |
| Expert Discovery cut-off: | **October 17, 2016** |
| Dispositive pre-trial motion hearing cut-off: | **December 5, 2016 at 9:30am** |
| Pretrial Conference | **March 6, 2017 at 1:30pm** |
| Jury Trial | **May 9, 2017 at 8:30am** |

IT IS SO ORDERED.

Dated:   **March 24, 2016**                        _____
UNITED STATES DISTRICT JUDGE